EX PARTE

Ismael. H, Padilla

Petitioner.

This document contains some pages that are of poor quality at the time of imaging.

VS.

The State of TEXAS

RESPONDENTS,

\* \* \* \* \* \* \* \* \*

IN The, 203rd Jud-icial DISTRICT COURT OF Dallas county. Dallas, TEXAS. Cause CAS-ES F82-90754 and, F-

RECEIVED IN COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

MOTION OF REQUEST That, The Texas court of Criminal Appeals court obtain, Review And Rule on petitioner's Motion seeking declaration That petitioner is NOT Required to Register As A sex offender; And/or, Behold Accountable To Further parole Release, sanctions by The parole board."

I.

ON The 29th of April/2015, The petitioner submitted said The said Name(d) motion stated above in Referenced and The TRIAL court Has Failed To submit an summary judgement and declare That, The petitioner's Rape CONVICTION is served, expired and That The pTexas board of Pardons and paroles is in VIOLATION of The petition-ers ex post Facto Law (clause) double jeopardy (clause) And, illigal impositions of uncharged conviction For The

same offense in violation of The declaration of The human rights Article 17 of declaration of rights, (the illigal impositions of sanctions for the same crime). The double jeopardy clause prohibits multiple punishments for the same offense, denials of release to parole, probation, sanctions for same crime are all prohibited by These Laws, in prohibition of The 8th amendment, as well as 5th and 14th amendments which guarentees The petitioner due process and, Equal protections To The Laws of The U.S. Constitution.

Wherefore; The petitioner prays This court of Appeals will grant release, relief and order The expunchment of The rape conviction from The petitioner's records and grant parole release on the robbery conviction, Thank you!

Mr. Ismael Hernandez Padilla 356764

"07/25th/2015. c. copy!"

"VERIFICATION; DECLARATION AND, AFFIDAVIT"

I; Ismael H. Padilla #356764 Do Honorably swear That an; "Motion of Request For The Texas court of Criminal Appeals in Austin, Texas," obtain, hear and, Rule on petitioner's motion, seeking declaration That, petitioner is Not Require To Register as a sex offender (and or; Be held accountable To Further parole release, sanctions by The parole Board." Is being sent To The; Dallas county court house and; Texas court of Criminal Appeal Court in Austin; Tx. And At: 133 N. RiverFront Blvd., LB-19 Dallas, Tx. 25207-4399 and, Texas court of Criminal Appeals court At: P.O. Box 12308, Capitol Station, Austin; Tx. 78711. Mailed Through; Boyd Unit And its U.S. postal service mail Room.

On The ___ day of _____, 2015.

Do Honorably swear under penalty of perjury That, That all information is True and correct Federal Law, (28 U.S.C. 4. 174(c), Thank you!"

Mr. Ismael Hernandez, Padilla 356764
200 Spur 113,
Teague; Tx, 75860          "c. copy!"

07/26th/2015.

Ex parte
Ismael H. Padilla
petitioner.

        vs.

The STATE of TEXAS.
    Respondent.

\*
\*
\*
\*
\*
\*
\*
\*

In The 203rd Jud-
icial district court
of Dallas county, Dall-
as, TEXAS. Cause nu-
mbers F82-90756-A
Nd, F83-88966.

MOTION OF REQUEST That, The Texas court of appeals
Austin, Texas. OBTAIN, REVIEW gRULE And. ORDER. The
conviction's integrity UNIT TO examine The petitioner's
appeals And, ORDER The appeals results given gTo The
Texas court of appeals, As well As To The pet-
tioner."

ON, The 23rd of June/2015, An legal letter dated
6/22Nd/2013, Was sent To The, Dallas co., court-
house in Dallas, TEXAS. The attorney(s) being profess-
ion; have had adequate opportunity To Rev-
iw And Rule on such, REQUEST. Have ignored such
REQUEST. petitioner comes To The court of Appeals
and make This REQUEST, up IN REFRence of And,
REQUESTs That such REQUEST be gRANTed,
    THANK you!"
    Mr. Ismael Hernandez Padilla 3-3764.

"C. copy(s)!" "07/24/9/2015.

"VERIFICATION, DECLARATION AND, AFFIDAVIT".

I, Ismael N, Padilla #356764. Do Honorably swear that am; "MOTION OF REQUEST That The; Texas court of criminal appeals court obtain, review, rule And, order." The convictions integrity unit to examine The petitioner's convictions, appeals and, order The report's results given, To The Texas court of appeals, as well as To The petitioner" was sent to The; Texas court of Criminal Appeals court And The Dallas county courthouse. And at; 133 N. Riverfront Blvd., LB-19. Dallas, TX. 75209-4399. And P.O. Box 12308, Capitol Station. Austin, TX. 78711. And mailed Through; Boyd unit and its U.S. postal service mail room. On The _____ day of _____, 2015. Do Honorably swear That; All information is True and court under penalty of perjury Federal Law, (28 U.S.C.A. 1746), Thank you!"

Mr. Ismael Norman, Padilla 356764.

200 Spur 113,
Teague, TX, 75860. c.copy!"

09/24th/2015.